UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

STEVEN DI PAOLO,

              Plaintiff,

   v.

SHOWTIME/PRO-FORMANCE MOTORSPORTS
and SHOWTIME MOTORSPORTS, LLC,

              Defendant.
-----------------------------------------------------------x

Civil Action No.

JUDGE KARAS

'07 CIV 11289

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

      NONE

Dated: Yonkers, New York
       December 14, 2007

_____
ERIC WEISS (EW 2400)
FARRAUTO & BERMAN
Attorneys for Plaintiff
1250 Central Park Avenue
Yonkers, NY 10704
(914) 375-0431