UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

STEVEN DI PAOLO,

                PLAINTIFF

against

SHOWTIME/ PRO-FORMANCE MOTORSPORTS
AND SHOWTIME MOTORSPORTS, LLC,
                DEFENDANT

-----------------------------------------------X

Case # 07 CIV 11289

AFFIDAVIT OF
SERVICE BY MAIL

STATE OF NEW YORK   )
                             ) SS.:
COUNTY OF WESTCHESTER )

    **Bradley Kasten**, being duly sworn, deposes and says:

    Deponent is not a party herein is over 18 years of age with a principal place of business at 43 Bronx River Road Yonkers, New York 10704.

    On May 28, 2008, deponent served via Regular Mail the within Summons in a Civil Case, Complaint, Civil Cover Sheet and Rule 7.1 Statement upon Richard P. Zicari. The Authorized Agent of Process for Showtime/Pro-Formance Motorsports, They are located at 2604 Elmwood Avenue # 330 Rochester, New York 14618 by enclosing a copy of same in a postpaid envelope properly addressed and delivering same to an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                    BRADLEY KASTEN 1086552

Sworn to before me this
9th Day of June 2008

ANGELO MARTINO
NOTARY PUBLIC, STATE OF NEW YORK
No. 4875661
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 18, 2011