FARRAUTO & BERMAN
ERIC WEISS, ESQ. (EW 2400)
Attorneys for Plaintiff
1250 Central Park Avenue
Yonkers, NY 10704
(914) 423-8880

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

STEVEN DI PAOLO,

                 Plaintiff,

    v.

SHOWTIME/PRO-FORMANCE MOTORSPORTS
and SHOWTIME MOTORSPORTS, LLC,

                 Defendants.
-----------------------------------------------------------x

07 Civ. 11289 (KMK)

**DEFAULT JUDGMENT**

      This action having been commenced on December 17, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served upon the defendants, Showtime/Proformance Motorsports and Showtime Motorsports, LLC, by serving their registered agents for service of process, Safe Trucker, Inc. and Richard P. Zicari, on June 5, 2008, and May 28, 2008, and proof of service having been filed on June 12, 2008, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That plaintiff have judgment against the defendants, jointly and severally, in the liquidated amount of $20,529.99, with interest at 9% from December 17, 2006 amounting to $3,233.47 plus costs and disbursements of this action in the amount of $350.00 amounting in all to $24,113.46.

Dated: White Plains, New York
       October 24, 2008

                                                    _____
                                                        U.S.D.J.

                                     This document was entered on the docket
                                     on _____.